# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | P. Michael Mahoney | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 02 C 50051 | **DATE** | 3/5/2003 |
| **CASE TITLE** | Ibscher vs. Snyder, et al. | | |

**MOTION:** [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

**DOCKET ENTRY:**

(1) ☐ Filed motion of [ use listing in "Motion" box above.]

(2) ☐ Brief in support of motion due _____.

(3) ☐ Answer brief to motion due_____. Reply to answer brief due_____.

(4) ☐ Ruling/Hearing on _____ set for _____ at _____.

(5) ☐ Status hearing[held/continued to] [set for/re-set for] on _____ set for _____ at _____.

(6) ☐ Pretrial conference[held/continued to] [set for/re-set for] on _____ set for _____ at _____.

(7) ☐ Trial[set for/re-set for] on _____ at _____.

(8) ☐ [Bench/Jury trial] [Hearing] held/continued to _____ at _____.

(9) ☐ This case is dismissed [with/without] prejudice and without costs[by/agreement/pursuant to]
    ☐ FRCP4(m)  ☐ General Rule 21  ☐ FRCP41(a)(1)  ☐ FRCP41(a)(2).

(10) ■ [Other docket entry] For the reasons stated on the reverse Memorandum Opinion and Order, Plaintiff's requests contained in his Rebuttal to Defendants' Motion to Dismiss are granted in part and denied in part. Plaintiff's request for new counsel is granted. As assigned by the clerks office, Plaintiff's new counsel is Robert P. Nolan, 232 North Second Street, DeKalb, IL 60115. Also, all outstanding discovery is extended 60 days from the date of this Order. Finally, Plaintiff is granted until April 4, 2003 to file a response to Defendants' Motion to Dismiss. Defendants' are granted until April 18, 2003 to file their reply. Discovery conference scheduled May 2, 2003 at 1:30pm stands.

(11) ■ [For further detail see order on the reverse side of the original minute order.]

| | No notices required, advised in open court. | | | Document Number |
|---|---|---|---|---|
| | No notices required. | | number of notices | |
| ✓ | Notices mailed by judge's staff. | | | |
| | Notified counsel by telephone. | | MAR - 6 2003 date docketed | |
| | Docketing to mail notices. | | | |
| | Mail AO 450 form. | U.S. DISTRICT COURT CLERK | docketing deputy initials | |
| | Copy to judge/magistrate judge. | | 3/5/2003 date mailed notice | |
| sp | courtroom deputy's initials | 03 MAR -5 PM 4:33 Date/time received in central Clerk's Office | sp mailing deputy initials | |

(Reserved for use by the Court)

# ORDER

The Magistrate Judge is in receipt of Plaintiff's sixteen page, *pro se*, Rebuttal to Defendants' Motion to Dismiss Complaint and Plaintiff's letters to the Magistrate Judge dated December 16, 2002, February 8, 2003, and February 9, 2003. Plaintiff's Rebuttal to Defendants' Motion to Dismiss Complaint makes nineteen requests for the Magistrate Judge to rule on. Although the Magistrate Judge will not discuss all nineteen requests now, it should be noted that the Magistrate Judge considered each request. Plaintiff's Rebuttal to Defendants' Motion to Dismiss Complaint is granted in part and denied in part.

As an initial matter, the Magistrate Judge will address Plaintiff's request for new appointed counsel. Plaintiff is allegedly not happy with his current appointed counsel and based on Plaintiff's letters to the Magistrate Judge, it appears that Plaintiff has fired his appointed counsel. Plaintiff should note that this is a civil case and not a criminal case, and as such, Plaintiff has no constitutional right to an attorney. Rather, the Magistrate Judge looks to Local Rule 83.36(c) of the Northern District of Illinois to determine if Plaintiff satisfies the factors necessary to be appointed counsel. The Magistrate Judge, having already determined that Plaintiff satisfies the factors necessary under the local rules, therefore grants Plaintiff's request for a new appointed counsel. As assigned by the clerks office, Plaintiff's new counsel is Robert P. Nolan, 232 North Second Street, DeKalb, IL 60115. However, Plaintiff should take notice that the Magistrate Judge will not appoint new counsel again. Mr. Al Williams, Plaintiff's current appointed counsel, is therefore relieved of his appointment.

Next, because Plaintiff is being appointed new counsel, the Magistrate Judge must address some scheduling matters. First, the Magistrate Judge grants Plaintiff's request to extend outstanding discovery. The Magistrate Judge orders all outstanding discovery to be answered within 60 days of this Order. Second, Plaintiff is granted until April 4, 2003 to file a response to Defendants' Motion to Dismiss. Defendants' are granted until April 18, 2003 to file their reply.

All Plaintiff's other requests are denied without prejudice.

*[signature]*